UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA         :
                                 :        **ORDER**
v.                               :
                                 :        20 CR 81 (VB)
JOSE PAYEZ,                      :
                    Defendant.   :
--------------------------------------------------------x

      The sentencing scheduled for May 4, 2020, at 11:00 a.m., will proceed by telephone conference.  By April 29, 2020, defense counsel shall advise the Court in writing whether defendant consents to appearing at the May 4 sentencing by telephone.  The parties shall arrange for defendant's appearance by telephone.

      At the time of the scheduled sentencing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

      **Dial-In Number**:    (888) 363-4749 (toll free) **or** (215) 446-3662

      **Access Code:**    1703567

Dated: April 24, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge