UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,              :
                                       :         **ORDER**
v.                                     :
                                       :         20 CR 81 (VB)
JOSE ALBERTO PAYEZ,                    :
a/k/a Jose Alberto Payes,              :
                          Defendant.   :
--------------------------------------------------------x

At the sentencing hearing on May 4, 2020, for the reasons stated on the record, the Court imposed a sentence of, among other things, TIME SERVED. Accordingly, defendant Jose Alberto Payez is hereby ORDERED released from the custody of the United States Marshal, subject to any detainers or detention orders lodged by any immigration or law enforcement authorities.

Dated: May 4, 2020
       White Plains, NY

                                SO ORDERED:

                                _____
                                Vincent L. Briccetti
                                United States District Judge